BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director

JOHNNY D. DEROGENE
D.C. Bar No. 1724633
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-5718
Johnny.derogene@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-08835-VC<br><br>**STIPULATION FOR EXTENSION OF DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Under Civil Local Rules 6-1(a) and 7-12, the parties stipulate and respectfully request that the Court extend Defendants' November 2, 2026 deadline to respond to Plaintiffs' First Amended Complaint until December 21, 2026, after the parties have submitted their Joint Case Management Statement and appeared for the Case Management Conference on November 30 and December 4, respectively. In support of this stipulation, Defendants submit the following:

1. On August 24, 2026, Plaintiffs filed their complaint, alleging claims under the Administrative Procedure Act (APA). *See* ECF No. 1 ¶¶ 107–127. Plaintiffs served Defendants on August 27. Under Fed. R. Civ. P. 12(a)(2), Defendants' response would have been due on October 26.
2. On October 19, 2026, Plaintiffs filed an amended complaint, alleging additional APA claims. *See* ECF No. 016 ¶¶ 159–167. Under Fed. R. Civ. P. 15(a)(3), Defendants' response to Plaintiff's amended complaint is due on November 2.
3. Having met and conferred, the parties now stipulate and respectfully request that the Court extend Defendants' deadline to respond to the amended complaint until December 21, 2026, after the parties have presented a proposal or proposals to govern next steps in this litigation, including dispositive-motion briefing, in the Joint Case Management Statement, due on November 30, and appeared for the Case Management Conference scheduled for December 4.
4. This extension would conserve significant time and resources that would otherwise be required to respond to the amended complaint prior to the outcome of the Case Management Conference, and would not affect other case deadlines, as a scheduling order has not yet been entered.
5. In compliance with Civil Local Rule 5-1(i)(3), the filer attests under penalty of perjury that all signatories have concurred in the filing of this document.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Jonathan Weissglass*
Jonathan Weissglass (SBN 185008)
LAW OFFICE OF JONATHAN WEISSGLASS
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
Tel.: 510-836-4200
jonathan@weissglass.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Johnny D. Derogene*
JOHNNY D. DEROGENE
D.C. Bar No. 1724633
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-5718
Johnny.derogene@usdoj.gov

*Counsel for Defendants*